CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT JOSE REYNOSO

UNITED STATES DISTRICT COURT

DISTRICT OF NORTH CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 5:04-CR-20210-JF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE RELEASE OF JOSE REYNOSO'S PASSPORT |
| v. | [NO HEARING REQUESTED] |
| JOSE REYNOSO, | |
| Defendant. | |

On July 7, 2009, the Court terminated the balance of Reynoso's probation. Reynoso is no longer under the supervision of the United States Probation Office.

The Court orders that the Clerk of the United States District Court release Reynoso's passport to him.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/20/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

CASE NO. 5:04-CR-20210-JF

-1-

ORDER RE RELEASE OF JOSE REYNOSO'S PASSPORT

\CEP\796928.1
071509-18062001